# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DOROTHY SLADE, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1102-RSP |
| | § | |
| CITY OF MARSHALL TEXAS, ET AL. | § | |

## MEMORANDUM ORDER

Currently before the Court is the City of Marshall Defendants' Emergency Motion to Strike, or in the Alternative Only, Motion for Continuance and Additional Relief (Dkt. No. 109), filed on January 29, 2015. Following a conference call with counsel for all parties, it is ordered that the motion is GRANTED IN PART, and the February 9, 2015 jury trial of this matter is hereby CONTINUED, and Defendants are granted leave to conduct a supplemental deposition of Dr. D.G. Edwards, and to supplement their *Daubert* motion and to supplement the report of Dr. Stacey Hail.

All pending motions shall be set for **Oral Argument** in Open Court on Friday, **March 6**, 2015 at **1:30 p.m**. Any supplemental briefing must be filed by no later than March 4, 2015.

**SIGNED this 30th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE