# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DOROTHY SLADE, ET AL. | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1102-RSP |
| | § | |
| CITY OF MARSHALL TEXAS, ET AL. | § | |

## JUDGMENT

For the reasons assigned in the Memorandum Order issued this date,

IT IS ORDERED AND ADJUDGED that all claims asserted herein by Plaintiffs against Defendants are DISMISSED WITH PREJUDICE.

**SIGNED this 16th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE